COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Lawson Kelechi Echeta v. The State of Texas

Appellate case number:    01-15-00557-CR

Trial court case number:  2017953

Trial court:              County Criminal Court at Law No. 9 of Harris County, Texas

On October 3, 2016, we issued an order that stayed briefing deadlines while the en banc court considered a motion for reconsideration en banc of our August 30, 2016 order striking the *Anders* brief. That motion now has been denied.

We lift the stay on briefing deadlines. Accordingly, appellant's brief is **due 30 days from the date of this order.**

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                   Justice Massengale, acting for the panel

Panel consists of Justices Jennings, Massengale, and Huddle

Date:  November 8, 2016